Dismissed and Opinion filed January 8, 2004









Dismissed and Opinion filed January 8, 2004.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-01083-CV

____________

 

TED ROBERTSON,
Appellant

 

V.

 

URITA EMANUAL, Appellee

 



 

On Appeal from the
247th District Court

Harris County, Texas

Trial Court Cause No. 01-35725

 



 

M E M O R A N D U M  O P I N I O N

This is an appeal from a judgment signed August 15,
2001.  No clerk=s record has been filed.  The clerk responsible for preparing the
record in this appeal informed the court appellant did not make arrangements to
pay for the record.  

On December 3, 2003, notification was transmitted to all
parties of the Court=s intent to dismiss the appeal for want of prosecution
unless, within fifteen days, appellant paid or made arrangements to pay for the
record and provided this court with proof of payment.  See Tex.
R. App. P. 37.3(b).








Appellant filed no response.

Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

Judgment rendered and Opinion
filed January 8, 2004.

Panel consists of Justices
Edelman, Frost, and Guzman.